UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E-CENTURION, INC.
a Delaware Corporation,

                                  Plaintiff,                    **ORDER**
      -against-                                          06 CV 5913 (DRH) (AKT)

THE LONG BEACH COMPANY
a New York Corporation,

                                Defendant.
------------------------------------------------------------X

**HURLEY, Senior District Judge:**

      This Court granted plaintiff E-Centurion, Inc.'s motion for an entry of default judgment against defendant The Long Beach Company and referred the case to Magistrate Judge A. Kathleen Tomlinson, pursuant to 28 U.S.C. § 636(b)(3), for a report and recommendation as to damages, attorneys' fees, and costs.  On July 12, 2012, Judge Tomlinson issued a Report and Recommendation that judgment be entered against defendant for damages in the amount of $2,146,622.00, with post judgment interest to be calculated pursuant to 28 U.S.C. § 1961.[1]  On July 18, 2012, defendant was served with a copy of the Report and Recommendation.  More than fourteen days have elapsed since service of the Report and Recommendation.  No party has filed any objections.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result.  Accordingly, the Court adopts the July 12, 2012 Report and

---

      [1]     Although plaintiff sought pre-judgment interest, attorneys' fees, and costs in the Complaint, it withdrew its claims for those amounts after the matter was referred to Judge Tomlinson.  (R&R at 2, 4.)

Recommendation of Judge Tomlinson as if set forth herein.  The Court therefore directs that plaintiff E-Centurion, Inc. recover damages from defendant The Long Beach Company in the amount of $2,146,622.00, with post judgment interest to be calculated pursuant to 28 U.S.C. § 1961.

Upon entry of judgment, the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
August 20, 2012

/s/
Denis R. Hurley
Unites States District Judge